IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA CHASE,

    Plaintiff,

v.                                      Case No. 5:22-cv-196-AW-MAF

NANCY PELOSI, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Linda Chase has recently filed approximately fifteen pro se cases in this court. This one is against former Speaker of the United States House of Representatives Nancy Pelosi, Attorney General Merrick Garland, Congressman Neal Dunn, and others. ECF No. 14. Chase has paid the filing fee, so this case is not subject to the automatic screening under 28 U.S.C. § 1915. Nonetheless, a court may sua sponte dismiss a case if a plaintiff fails to comply with a court order. That is what happened here: The magistrate judge directed Plaintiff to file an amended complaint, ECF No. 15, and Plaintiff has not done so. The magistrate judge thus now recommends dismissal. ECF No. 16.

I have considered the magistrate judge's report and recommendation, to which Plaintiff has not objected. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment

1

2

that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on February 13, 2023.

s/ *Allen Winsor*  
United States District Judge

2